# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1797
_____

David Pitlor

*Plaintiff - Appellant*

v.

T.D. Ameritrade, Inc.; Charles Schwab & Co., Inc.; Kutak Rock LLP

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: September 1, 2021
Filed: September 7, 2021
[Unpublished]

_____

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

David Pitlor appeals the district court's[1] dismissal of his pro se complaint. Following a careful review, we conclude that the district court did not err in

_____

[1]The Honorable John M. Gerrard, Chief Judge, United States District Court for the District of Nebraska.

dismissing the case.  See Plymouth Cnty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (de novo review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____